```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CURTIS A. MCDANIEL,                          :
                                             :
                            Plaintiff,       :
                                             :
            - against -                      :
                                             :
DEPARTMENT OF CORRECTION, et al.,            :
                                             :
                            Defendants.      :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020

19 Civ. 08735 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff Curtis A. McDaniel filed a Statement of Claim on May 28, 2020. (Dkt 29.) As discussed during the Court's Initial Pretrial Conference with the parties on June 2, 2020, Plaintiff intended his Statement of Claim to serve as his Amended Complaint. Accordingly, the Court directs the Clerk's Office to modify the docket at Dkt. 29 to reflect that Plaintiff filed an Amended Complaint rather than a Letter. The Court also directs the Clerk's Office to note on the docket that the Court accepts Plaintiff's Amended Complaint. The Court further directs the Clerk's Office to mail a copy of this order to Plaintiff and note service on the docket.

                                                                  SO ORDERED.

                                                                  _____
                                                                  ROBERT W. LEHRBURGER
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated:       June 2, 2020
              New York, New York

Copies transmitted to all counsel of record.