```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CURTIS A. MCDANIEL,

                   Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,

                   Defendants.
-------------------------------------------------------------X

19-CV-8735 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Clerk of Court is respectfully requested to update Plaintiff's address as listed on the docket with the address as set forth in the parties' status report at Dkt. 39.

    No later than **October 9, 2020**, counsel shall mail a copy of this Order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2020
       New York, New York

Copies transmitted this date to all counsel of record.