```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CURTIS A. MCDANIEL,                            :
                                               :
                        Plaintiff,             :
                                               :
        - against -                            :
                                               :
THE CITY OF NEW YORK, et al.,                  :
                                               :
                        Defendants.            :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020

19-CV-8735 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a motion to compel Officer Irwin DeLeon to answer Local Rule 33.2 interrogatories. (Dkt. 38.) Defendants oppose on the basis that Officer DeLeon has not been served. (Dkt. 39.) Plaintiff added Officer DeLeon as a named defendant by way of amended complaint filed May 28, 2020. (Dkt. 29.) Accordingly:

1. The Court requests that Officer DeLeon waive service of summons and file a waiver by **October 15, 2020**.

2. By **October 29, 2020**, defense counsel shall serve supplemental Local Rule 33.2 responses on behalf of Officer DeLeon.

No later than **October 9, 2020**, counsel shall mail a copy of this Order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2020
         New York, New York

Copies transmitted this date to all counsel of record.