```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CURTIS MCDANIEL,

                                               Plaintiff,

                  -against-

THE CITY OF NEW YORK, et al.,

                                               Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 8735 (AJN) (RWL)

------------------------------------------------------------------------ x

**HON. ROBERT W. LEHRBURGER**
**UNITED STATES MAGISTRATE JUDGE**

        Upon the application of defendants for leave to take the deposition of plaintiff Curtis McDaniel, DIN #20A0242, an inmate within Bare Hill Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

        **IT IS HEREBY ORDERED**: that the Superintendent of other official in charge of the Bare Hill Correctional Facility, located at 181 Brand Road, Malone, NY 12953, produce inmate Curtis McDaniel, DIN #20A0242, at a location within the facility for the taking of his deposition by video teleconference on March 24, 2021, at 9:30 a.m., and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Bare Hill Correctional Facility, so that his deposition may be taken.

Dated: New York, New York
            March 9  , 2021

3/9/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk's Office is respectfully directed to mail a copy of this order to Plaintiff pro se and note service on the docket.