USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CURTIS A. MCDANIEL,

                    Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

19-CV-8735 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the last extension of discovery, discovery closed on March 25, 2021. Accordingly, the parties shall consult Judge Nathan's individual rules, and comply with requirements for dispositive motions and proceeding to trial.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Curtis McDaniel
    #20A0242
    Bare Hill Correctional Facility
    Caller Box 20
    181 Brand Road
    Malone, NY 12953