UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CURTIS A. McDANIEL,

                Plaintiff,                19 **CIVIL** 8735 (KPF) (RWL)

          -against-                **JUDGMENT**

THE CITY OF NEW YORK, SHIRLONDA
GOLDEN, *Shield No. 5890,* IRWIN
DELEON, *Shield No. 1284*, CAPTAIN
SONIA MANZO, *Shield No. 1360*,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 11, 2022, The Court agrees completely with Judge Lehrburger's well-reasoned Report and hereby adopts its reasoning by reference. Accordingly, it is ordered that summary judgment be GRANTED in Defendants' favor in its entirety, and this case is closed.

**Dated:**  New York, New York
          February 11, 2022

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                             **BY:**
                                                   **Deputy Clerk**